IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEON HUGHES, ) | |
| ) | |
| Plaintiff/ Counterdefendant, ) | |
| ) | |
| v. ) | Case No. 14-840-JPG/SCW |
| ) | |
| VILLAGE OF ALORTON, a Village ) | |
| Corporation, Mayor, LEO STEWART, ) | |
| Individually and in his official capacity, ) | |
| Public Safety Director, LARRY AUSTELL, ) | |
| Individually and in his official capacity, ) | |
| And MAJOR GERALD CRENSHAW, ) | |
| Individually and in his official capacity, ) | |
| ) | |
| Defendants/Counterplaintiffs. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: May 7, 2015

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE